UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CAPITAL CONFIRMATION, INC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:09-0412** |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **AUDITCONFIRMATIONS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss, or, in the Alternative, to Change Venue (Docket No. 16) is **GRANTED**. This case is **DISMISSED** for lack of personal jurisdiction.

Entered this 28th day of August 2009.

_____
ALETA A. TRAUGER
United States District Judge