UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CAPITAL CONFIRMATION, INC,** | ) |
| **Plaintiff,** | ) ) ) ) |
| | ) Case No. 3:09-0412 |
| | ) Judge Trauger |
| **v.** | ) ) |
| **AUDITCONFIRMATIONS, LLC,** | ) ) |
| **Defendant.** | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion to Reconsider (Docket No. 30) is **DENIED**. This case has been and remains **DISMISSED**, without prejudice, for lack of personal jurisdiction.

Entered this 2nd day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge